IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-933 T

(Judge Lawrence J. Block)

E. HAFFNER FOURNIER and JOANNE FOURNIER et. al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case. This case is an AMCOR case that presents issues of fact and law in common with *Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, *Kenneth C. Keener v. United States,* Fed. Cl. No. 03-2028 T, *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T, and *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T. Accordingly, the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith*, and final appellate action in *Hinck*.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.[*]

[*] Defendant's answer in this matter was due Tuesday, February 27, 2007. Pursuant to the parties' standard practice, the parties intended to file this standard joint AMCOR suspension motion with the Court on or before that date, in lieu of defendant filing an answer. The parties

Respectfully submitted,

3/01/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING

Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

3/01/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS

Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

3/01/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant

missed that date, in large part because defendant's attorney of record was in Canada from February 19, 2007 to February 27, 2007, to attend to an important and unexpected family matter, and did not return to the office until today (March 1, 2007).